John Dulla and Matilda Dulla, appellants, v. Gustav Ptacek, appellee. Gen. No. 30,205.

Action to recover rent. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. James W. Gordon, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Reversed with finding of facts. Opinion filed October 6, 1925.

Otto F. Ring, for appellants. Charles J. Michal, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Dennis Burns, appellee, v. Morton S. Makin, appellant. Gen. No. 30,214.

Action for fraud and deceit in execution of lease. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. M. D. Hartigan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Reversed with findings of fact. Opinion filed October 6, 1925. Rehearing denied October 19, 1925.

Samuel H. Holland, for appellant. Thomas F. King, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Louis Wald, appellee, v. Abe Cohen, appellant. Gen. No. 30,232.

Suit for accounting. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed October 6, 1925.

Levinson, Hoffman & Rein, for appellant; Calmon R. Golder, of counsel. O'Brien & Hayes, for appellee; Wm. B. O'Brien, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Peter Vandelind, administrator of the estate of Hugo Vandelind, deceased, plaintiff in error, v. Peter Knaber, also known as Peter Knabarnakstis, defendant in error. Gen. No. 29,989.

Action for wrongful death. Judgment for defendant. Error to the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Reversed and remanded. Opinion filed October 6, 1925.

George B. Cohen and Abraham H. Cohen, for plaintiff in error. James M. Burke, for defendant in error; Snyder & Cohn, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

Zell F. Harshton and Mae L. Harshton, plaintiffs in error, v. Anna Piotrowski, defendant in error. Gen. No. 30,011.

Motion to strike statement of claim. Motion granted. Error to the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed October 6, 1925.

Solberg, Hummeland & Winslow, for plaintiffs in error; A. J. W. Appell, of counsel. A. S. and E. W. Froehlich, for defendant in error.

Mr. Justice Fitch delivered the opinion of the court.